IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:97cr184-13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WENDELL ANTHONY JACKSON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the Defendant's Affadavit In Support Of A Motion To Proceed In Forma Pauperis, filed 28 April 2006.

An appeal to the Fourth Circuit requires a filing and docketing fee of $450, pursuant to the enactment of the Deficit Reduction Act of 2005. The Clerk for the Fourth Circuit directed Defendant to file a CJA 23 Affidavit with the district court if Defendant was unable to pay the filing fee. After reviewing the CJA 23 Financial Affidavit in support of the application to proceed In Forma Pauperis, the Court concludes that the Defendant is unable to pay the filing fee.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Proceed In Forma Pauperis is **GRANTED**.

Signed: May 17, 2006

Richard L. Voorhees
Chief United States District Judge